UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTOOL KHAKSARI,<br>5801 Nicholson Lane - Apt. 211<br>North Bethesda, MD 20852<br><br>      Plaintiff,<br><br>      v.<br><br>KENNETH Y. TOMLINSON, Chairman<br>Broadcasting Board of Governors<br>330 Independence Avenue, S.W.<br>Washington, D.C. 20237<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1990 (RJL)<br>)  Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case.

                                      Respectfully submitted,

                                      _____
                                      JANE M. LYONS, D.C. Bar #451737
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, N.W. - Room E4822
                                      Washington, D.C. 20530
                                      (202) 514-7161 / (202) 514-8789 (fax)
                                      Jane.Lyons@usdoj.gov

                                      Dated: January 24, 2007