UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARTOOL KHAKSARI, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1990 (RJL) |
| ) | |
| KENNETH Y. TOMLINSON, Chairman, ) | |
| Broadcasting Board of Governors, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the defendant Broadcasting Board of Governors, by and through its undersigned counsel, respectfully moves for an enlargement of time to file an opposition to plaintiff's motion for class certification. Specifically, defendant requests that the Court extend the deadline for filing a response from April 10, 2007 until May 3, 2007. Plaintiff, through her counsel, graciously consents to the relief being sought in this motion. The grounds for the requested relief are set forth below.

This case arises out of plaintiff's former employment by the Broadcasting Board of Governors ("BBG") under a contract for services. Plaintiff, who was employed by BBG between November, 2003, and April, 2005, challenges her non-selection for multiple positions within the agency both during and after her employment because of her age, gender, and national origin (Iranian). Plaintiff also claims that the agency retaliated against her for complaining about perceived discrimination by terminating her contract. Complaint, ¶¶ 6, 7, 9, 10. Plaintiff also alleges that the agency's supposed policy of hiring non-citizens for positions when qualified citizens are available for employment violates 22 U.S.C. § 1474. With regard to the last theory,

plaintiff's complaint includes allegations purporting to bring this claim on behalf of a class of similarly situated individuals.  Complaint, ¶¶ 25-29.  Defendant filed an answer to the complaint on March 9, 2007.  See Docket Entry No. 6.

On March 27, 2007, plaintiff filed a motion seeking certification of a class.  See Docket Entry No. 7.  Under the usual rules for responding to motions, defendant's response is currently due on April 10, 2007.  Undersigned counsel with daily responsibility for this matter has a brief due in another case on April 10, as well as several other briefs and multiple depositions scheduled to be taken in other active cases both before and after April 10, 2007.  In addition, counsel has only a modest background in the law governing class certification and needs some additional time to research the issues raised in plaintiff's motion and to prepare a response.  Accordingly, defendant's counsel does not anticipate being able to complete work on the opposition to plaintiff's motion for class certification until early in May.  This request for approximately three extra weeks is filed in good faith and will not unduly delay the Court's resolution of this critical matter.

This is defendant's first request for an extension of time on this particular deadline.  No scheduling order has been entered and no pending deadlines will be affected by granting the extension.  Allowing defendant a reasonable amount of time to develop the issues involving a putative class serves both the interests of the party and judicial economy because the scope of discovery and the action will be drastically impacted by the decision on class certification.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for responding to plaintiff's motion for class certification be extended to and including May 3, 2007. A proposed order is attached.

Dated: April 6, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTOOL KHAKSARI,               )<br>                                               )<br>            Plaintiff,              )<br>    v.                                    )<br>                                               )<br>KENNETH Y. TOMLINSON, Chairman, )<br>BROADCASTING BOARD OF GOVERNORS, )<br>                                               )<br>            Defendant.            )<br>                                               ) | Civil Action No. 06-1990 (RJL) |

## ORDER

UPON CONSIDERATION of defendant's consent motion for enlargement of time to file an opposition to plaintiff's motion for class certification and the entire record in this case, the Court finds that good cause exists for the requested enlargement.  Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including May 3, 2007 to file an opposition to plaintiff's motion for class certification.


_____                                  _____
Date                                                              RICHARD J. LEON
                                                                       United States District Judge



Copies to:  Counsel of Record Through ECF