UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARTOOL KHAKSARI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNETH Y. TOMLINSON, Chairman, )<br>Broadcasting Board of Governors, )<br>)<br>Defendant. )<br> ) | Civil Action No. 06-1990 (RJL) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the defendant Broadcasting Board of Governors, by and through its undersigned counsel, respectfully moves for a two-week enlargement of time to file an opposition to plaintiff's motion for class certification. Specifically, defendant requests that the Court extend the deadline for filing a response from May 3, 2007 until May 17, 2007. Plaintiff, through her counsel, graciously consents to the extension being sought in this motion. The grounds for the requested relief are set forth below.

This case arises out of plaintiff's former employment by the Broadcasting Board of Governors ("BBG") under a contract for services. Plaintiff, who was employed by BBG between November, 2003, and April, 2005, challenges her non-selection for multiple positions within the agency both during and after her employment because of her age, gender, and national origin (Iranian). Plaintiff also claims that the agency retaliated against her for complaining about perceived discrimination by terminating her contract. Complaint, ¶¶ 6, 7, 9, 10. Plaintiff also alleges that the agency's supposed policy of hiring non-citizens for positions when qualified

citizens are available for employment violates 22 U.S.C. § 1474.  With regard to the last theory, plaintiff's complaint includes allegations purporting to bring this claim on behalf of a class of similarly situated individuals.  Complaint, ¶¶ 25-29.  Defendant filed an answer to the complaint on March 9, 2007.  See Docket Entry No. 6.

On March 27, 2007, plaintiff filed a motion seeking certification of a class of plaintiffs.  See Docket Entry No. 7.  At defendant's request, the Court previously extended the April 10, 2007 deadline for a response to plaintiff's motion until May 3.  Undersigned counsel with daily responsibility for this matter has been exceptionally busy this spring due, in part, to having participated in a two-week trial at the end of February, 2007 in Desmond v. Gonzales, Civil Action No. 03-1729 (CKK), which resulted in discovery, briefing schedules, and other deadlines being compressed in a number of other cases.  In addition, defense counsel has only a modest background in the law governing class certification and needs some additional time to research the issues raised in plaintiff's motion and to prepare a thorough response. Although the agency recently provided some key information regarding the factual allegations relating to the putative class issues, defendant's counsel is unable to complete the opposition by May 3, 2007.  Among other things, during the week of April 30, 2007, defense counsel unexpectedly had to turn to a case transferred to her nearly two years ago and file a motion requested by the Court on May 3, 2007 in Walls v. Paulson, Civil Action No. 03-186 (RMU).  Preparation of this motion has consumed a substantial amount of time.

This request for two extra weeks is filed in good faith and will not unduly delay the Court's resolution of this critical matter.  This is defendant's second request for an extension of time on this particular deadline.  No scheduling order has been entered and no pending deadlines

will be affected by granting the extension. Allowing defendant a reasonable amount of time to develop the issues involving a putative class serves both the interests of the party and judicial economy because the scope of discovery and the action will be drastically impacted by the decision on class certification.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for responding to plaintiff's motion for class certification be extended to and including May 17, 2007. A proposed order is attached.

Dated: May 1, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARTOOL KHAKSARI,                )<br>                                                  )<br>              Plaintiff,              )<br>     v.                                       )<br>                                                  )<br>KENNETH Y. TOMLINSON, Chairman,  )<br>BROADCASTING BOARD OF GOVERNORS, )<br>                                                  )<br>              Defendant.            )<br>                                                  ) | Civil Action No. 06-1990 (RJL) |

**ORDER**

UPON CONSIDERATION of defendant's second consent motion for enlargement of time to file an opposition to plaintiff's motion for class certification and the entire record in this case, the Court finds that good cause exists for the requested enlargement. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including May 17, 2007 to file an opposition to plaintiff's motion for class certification.

_____                                           _____
Date                                                                         RICHARD J. LEON
                                                                                  United States District Judge

Copies to:  Counsel of Record Through ECF