UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTOOL KHAKSARI,  )<br> )<br>      Plaintiff,  )<br> )<br>v.   )<br> )<br>KENNETH Y. TOMLINSON,  )<br>Chairman, Broadcasting Board  )<br>  of Governors,  )<br> )<br>      Defendant.  )<br>_____)  | Civil Action No. 06-1990 (RJL) |

### DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS
### FROM THE COMPLAINT

Pursuant to Rule 12(f) and 12(b)(1) and (6) of the Federal Rules of Civil Procedure, as well as Local Civil Rul 23.1(b), defendant moves the Court for an Order striking the class allegations from the Complaint and dismissing plaintiff's purported class claims. Specifically, defendant moves to strike paragraphs 24-29, 43-45, and sub-paragraphs A, B, E, F, G, H, I, J, and N of the Prayer for Relief in the Complaint.[1] The grounds for this motion are set forth in Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification and in Support of Defendant's Motion to Strike Class Allegations. The image for the Memorandum is found at Docket Entry No. 11.

Dated: May 17, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

---

[1] Defendant notes that the paragraph numbers in the Complaint are not consecutive. See Count Two. Defendant has referenced the paragraph numbers as they appear in the Complaint.

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTOOL KHAKSARI,               )<br>                                                    )<br>                    Plaintiff,         )<br>                                                    )<br>           v.                                     )<br>                                                    )<br>KENNETH Y. TOMLINSON,   )<br>Chairman, Broadcasting Board  )<br>  of Governors,                            )<br>                                                    )<br>                    Defendant.     )<br>_____)| Civil Action No. 06-1990 (RJL) |

## **ORDER**

UPON CONSIDERATION of plaintiff's motion for class certification, defendant's opposition thereto, defendant's motion to strike class allegations from the Complaint, plaintiff's opposition thereto, and the entire record in this matter, the Court finds that plaintiff has not shown that she meets the requirements for certification of the proposed class under Rule 23 of the Federal Rules of Civil Procedure. In addition, because citizenship is not a protected status under Title VII, plaintiff has failed to identify any valid claim on behalf of the putative class. Accordingly, it is hereby

   **ORDERED** that plaintiff's motion for class certification is **DENIED**; and it is further

   **ORDERED** that defendant's motion to strike class allegations is **GRANTED**.


_____                                  _____
Date                                                                             RICHARD J. LEON
                                                                                       United States District Judge


Copies to Counsel of Record Through ECF