United States District Court
For the District of Columbia

| | |
|---|---|
| Batool Khaksari,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>    Chairman,<br>    Defendant. | )<br>)<br>)<br>)<br>)   CA No. 06 - 1990 (RJL)<br>)<br>)<br>) |

**Plaintiff's Consent Motion for Enlargement of Time To File Reply**

Pursuant to Rule 6(b), Fed. R. Civ. P., Plaintiff respectfully moves for enlargement of time to reply to Defendant's Opposition to Plaintiff's Motion for Class Certification under Rule 23, Fed. R. Civ. P. and Defendant's Motion to Strike Class Allegations.

This is an action for monetary, equitable and declaratory relief brought by Plaintiff against Defendant Kenneth Y. Tomlinson in his official capacity as Chairman of the Broadcasting Board of Governors ("BBG") to redress discrimination based on age, sex, race, national origin, religion and retaliation and to obtain review of unauthorized agency action in violation of the Age Discrimination in Employment Act, 29 U.S.C. Section 623 *et seq.*, Title VII of the Civil Rights Act, 42 U.S.C. section 2000e *et seq.* ("Title VII"), 42 U.S.C. sections 1981 *et seq.*, the BBG governing law and charter, the Administrative Procedure Act, 5 U.S.C. section 706 and the law of the District of Columbia.

As alleged in her Complaint, Plaintiff is a US citizen who was passed over in competitive selections for which she was qualified in favor of non-citizen applicants. She

seeks certification as a member of the class of US citizens who were injured by a BBG policy and practice of hiring non-citizens when suitably qualified US citizen applicants are available to fill the position in violation of 22 U.S.C. §1474(1) (BBG authority to "employ, without regard to civil service or classification laws, aliens within the Untied States and abroad for service in the United States relating to the translation or narration of colloquial speech in foreign languages or the preparation and production of foreign language programs when suitably qualified United States citizens are not available when job vacancies occur ...."). Plaintiff contends that BBG's construction of section 1474 is unlawful and not in accordance with the BBG charter.

Defendant filed its opposition to certification on May 17, 2007.

Plaintiff requests an enlargement until June 4, 2007 to assess the claims and contentions and to formulate a response to Defendant's Opposition and Motion to Strike. The time is necessary to evaluate the interests of other putative class members and prior complaints relating to the agency alien hiring policy.

Plaintiff has not sought any extensions of time relating to her reply heretofore. No scheduling order has been issued in this case and no existing deadlines will be affected by grant of this motion.

Counsel for Defendant has consented to this motion.

Accordingly, Plaintiff respectfully requests an enlargement of time to and including June 4, 2007 to reply to Defendant's Opposition to Plaintiff's Motion for Class Certification and Motion to Strike.

A proposed order is submitted herewith.

    Respectfully submitted,

    Timothy B. Shea
    DC Bar No. 234005
    1629 K Street, NW Suite 500
    Washington, DC 20006
    Tel 202 835 0300
    Fax 202 835 0306

Dated: May 23, 2007

United States District Court
For the District of Columbia

| | |
|---|---|
| Batool Khaksari,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>    Chairman,<br>    Defendant. | )<br>)<br>)<br>)<br>)   CA No. 06 - 1990 (RJL)<br>)<br>)<br>) |

**Order**

Upon consideration of plaintiff's motion for enlargement of time to file a reply to defendant's opposition to plaintiff's motion for class certification under Rule 23, Fed. R. Civ. Proc. and to defendant's motion to strike class allegations, and the consent thereto of defendant and the entire record herein, it is hereby

**Ordered** that plaintiff's motion shall be granted; and it is further

**Ordered** that the time for plaintiff to reply to defendant's opposition to plaintiff's motion for class certification and motion to strike class allegations shall be enlarged to and including June 4, 2007.


                                                Richard J. Leon
                                                United States District Judge


Dated: _____



Copies to counsel of record by ECF