UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BATOOL KHAKSARI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1990 (RJL) |
| JAMES K. GLASSMAN, Chairman, Broadcasting Board of Governors, | ) ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

This Court conducted an initial scheduling conference on December 19, 2007. Based on the discussions with counsel during that conference, the November 1, 2007 Order of the Court dismissing plaintiff's class claims and the Joint Meet and Confer Statement presented by the parties, and the entire record in this case, the Court enters the following scheduling order:

1. The parties shall exchange the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by February 1, 2008.

2. Plaintiff shall file any amended complaint by February 8, 2008.

3. Discovery shall be limited to the plaintiff's individual claim and completed by July 30, 2008. The parties shall be limited to ten depositions and twenty-five interrogatories. If either party seeks additional discovery, counsel shall confer and attempt to resolve the request, and advise the Court if they are unable to reach an agreement.

4.      Plaintiff's expert report, if any, shall be tendered to defendant's counsel no later than April 15, 2008.  Defendant's expert report, if any, shall be tendered to plaintiff's counsel no later than June 5, 2008.

5.      Dispositive motions, if any, shall be filed on or before August 30, 2008; oppositions to dispositive motions shall be filed on September 28, 2008; and replies, if any, shall be filed on October 18, 2008.

**SO ORDERED.**

_____                                          _____
Date                                                                          RICHARD J. LEON
                                                                                    United States District Judge


Copies to Counsel of Record Through ECF