United States District Court
For the District of Columbia

| | |
|---|---|
| Batool Khaksari,<br>      Plaintiff,<br><br>      v.<br><br>James Glassman,<br>Chairman,<br>Broadcasting Board of Governors,<br>      Defendant. | )<br>)<br>)<br>)<br>)    CA No. 06-1990 (RJL)<br>)<br>)<br>)<br>)<br>) |

**Consent Motion to Amend Scheduling Order**

Pursuant to Local Civil Rule 16.4 and Rule 16(b), Fed. R. Civ. Proc., Plaintiff hereby moves to amend the times set in the scheduling order to enlarge the time for tender of Plaintiff's expert report, if any, to May 23, 2008 and to reset the other times in the scheduling order.

This is an action for monetary, equitable and declaratory relief brought by plaintiff Batool Khaksari against defendant James Glassman in his official capacity as Chairman of the Broadcasting Board of Governors ("BBG") to redress discrimination based on age, sex, race, national origin, religion and retaliation and to obtain review of unauthorized agency action.

The Complaint was filed on November 21, 2006. The Defendant answered on March 9, 2007. Plaintiff moved for class certification on March 27, 2007 and the defendant opposed the motion. In a minute order dated November 1, 2007 ("Order") the District Court denied her motion for class certification and struck the class allegations from her Complaint. A scheduling conference was held on December 19, 2007 and a proposed order setting out a schedule was filed.

In a petition under Rule 23(f), Fed. R. Civ. P., Plaintiff Khaksari and the class of United States citizen applicants she seeks to represent have sought permission from the Circuit Court to appeal the Order dated November 1, 2007 denying her motion for class certification and striking the class allegations from her Complaint.  In an Order dated January 30, 2008, the Court of Appeals ordered that the record be remanded to the district court for a statement of reasons for the denial of Plaintiff's motion for class certification; the Court requested the district court to return the record to the Court of Appeals upon issuance of the statement of reasons. The Court further ordered that the case be held in abeyance pending the issuance of the statement of reasons. See *In Re Batool Khaksari*, D.C. Cir. No. 07 – 8008.

The parties have initiated discovery. Some of the discovery provided by the Defendant on March 19, 2008 has prompted issues requiring consultation by Plaintiff with experts relating to the standards for filling Federal positions and so warranting enlargement of the time for disclosure of experts.

The parties have further agreed that the other deadlines in the scheduling order will require revision as  well as follows: tender of plaintiff's expert report, if any, shall be no later than May 23, 2008; tender of defendant's expert report, if any, shall be no later than July 23, 2008; close of discovery shall be August 29, 2008; dispositive motions, if any, shall be filed on or before October 7, 2008; oppositions to dispositive motions shall be filed on November 5, 2008; and replies, if any, shall be filed on November 20, 2008.

Defendant advises that it consents to the resetting of deadlines.

Given the pendancy of the matters lodged with the Circuit Court in *In Re Batool Khaksari*, D.C. Cir. No. 07 – 8008 these reset dates should not substantially imperil the schedule now set by the Court.

Accordingly, the motion should be granted. A memorandum in support and proposed order is submitted herewith.

Respectfully submitted,

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, DC  20006
Tel. 202 835 0300
Fax 202 835 0306

Attorney for Plaintiff Batool Khaksari

United States District Court
For the District of Columbia

| | |
|---|---|
| Batool Khaksari,<br>    Plaintiff,<br><br>v.<br><br>James Glassman,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)    CA No. 06-1990 (RJL)<br>)<br>)<br>)<br>) |

**Memorandum of Points and Authorities in Support of Consent Motion to Amend Scheduling Order**

Pursuant to Local Civil Rule 16.4 and Rule 16(b), Fed. R. Civ. Proc., Plaintiff Plaintiff hereby moves to amend the times set in the scheduling order to enlarge the time for tender of Plaintiff's expert report, if any, to May 23, 2008 and reset other deadlines.

This is an action for monetary, equitable and declaratory relief brought by plaintiff Batool Khaksari against defendant James Glassman in his official capacity as Chairman of the Broadcasting Board of Governors ("BBG") to redress discrimination based on age, sex, race, national origin, religion and retaliation and to obtain review of unauthorized agency action.

**Procedural Posture**

The Complaint was filed on November 21, 2006. The Defendant answered on March 9, 2007. Plaintiff moved for class certification on March 27, 2007 and the defendant opposed the motion. In a minute order dated November 1, 2007 ("Order") the District Court denied Plaintiff's motion for class certification and struck the class allegations from her Complaint. A scheduling conference was held on December 19,

1

2007. The parties are preparing a scheduling order for the Court to capture the schedule set out at the conference.

In a petition under Rule 23(f), Fed. R. Civ. P., Plaintiff Khaksari and the class of United States citizen applicants she seeks to represent have sought permission from the Circuit Court to appeal the Order dated November 1, 2007 denying her motion for class certification and striking the class allegations from her Complaint. In an Order dated January 30, 2008, the Court of Appeals ordered that the record be remanded to the district court for a statement of reasons for the denial of Plaintiff's motion for class certification; the Court requested the district court to return the record to the Court of Appeals upon issuance of the statement of reasons. The Court further ordered that the case be held in abeyance pending the issuance of the statement of reasons. See *In Re Batool Khaksari*, D.C. Cir. No. 07 – 8008.

**Discussion**

The parties have initiated discovery. Some of the discovery provided by the Defendant on March 19, 2008 has prompted issues requiring consultation by Plaintiff with experts relating to the standards for filling Federal positions and so warranting enlargement of the time for disclosure of experts.

The parties have further agreed that the other deadlines in the scheduling order will require revision as well as follows: tender of plaintiff's expert report, if any, shall be no later than May 23, 2008; tender of defendant's expert report, if any, shall be no later than July 23, 2008; close of discovery shall be August 29, 2008; dispositive motions, if

2

any, shall be filed on or before October 7, 2008; oppositions to dispositive motions shall be filed on November 5, 2008; and replies, if any, shall be filed on November 20, 2008.

Given the pendancy of the matters lodged with the Circuit Court in *In Re Batool Khaksari*, D.C. Cir. No. 07 – 8008 these reset dates should not substantially imperil the schedule now set by the Court.  Accordingly, good cause for the resetting of the dates is satisfied.

Defendant has consented to this motion.

A proposed order is submitted herewith.

Respectfully submitted,

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, DC  20006
Tel. 202 835 0300
Fax 202 835 0306

Attorney for Plaintiff Batool Khaksari

3

United States District Court
For the District of Columbia

| | | |
|---|---|---|
| Batool Khaksari,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CA No. 06-1990 (RJL) |
| James K. Glassman,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>) | |

**Order**

Upon consideration of plaintiff's motion to amend the times set in the scheduling order, defendant's consent thereto, and the entire record herein, it is hereby

Ordered that the motion shall be granted; and

Ordered that the schedule shall be reset as follows: tender of plaintiff's expert report, if any, shall be no later than May 23, 2008; tender of defendant's expert report, if any, shall be no later than July 23, 2008; close of discovery shall be August 29, 2008; dispositive motions, if any, shall be filed on or before October 7, 2008; oppositions to dispositive motions shall be filed on November 5, 2008; and replies, if any, shall be filed on November 20, 2008.

                        United States District Judge

Dated: