# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-8008**  September Term, 2007

06cv01990

Filed On: January 30, 2008

[1095662]
In re: Batool Khaksari,
      Petitioner

**BEFORE:** Sentelle, Brown, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the petition for permission to appeal under Fed. R. Civ. P. 23(f), the opposition thereto, and the reply, it is

**ORDERED**, on the court's own motion, that the record be remanded to the district court for a statement of reasons for the denial of petitioner's motion for class certification. The district court is requested to return the record to this court upon the issuance of its statement of reasons. It is

**FURTHER ORDERED** that this case be held in abeyance pending the district court's issuance of its statement of reasons.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**