United States District Court
For the District of Columbia

| | |
|---|---|
| Batool Khaksari,<br> Plaintiff,<br><br>v.<br><br>James Glassman,<br>Chairman,<br>Broadcasting Board of Governors,<br> Defendant. | )<br>)<br>)<br>)<br>)  CA No. 06-1990 (RJL)<br>)<br>)<br>)<br>) |

**Consent Motion to Amend Scheduling Order**

Pursuant to Local Civil Rule 16.4 and Rule 16(b), Fed. R. Civ. Proc., Plaintiff hereby moves to amend the times set in the scheduling order to reset the times in the scheduling order.

This is an action for monetary, equitable and declaratory relief brought by plaintiff Batool Khaksari against defendant James Glassman in his official capacity as Chairman of the Broadcasting Board of Governors ("BBG") to redress discrimination based on age, sex, race, national origin, religion and retaliation and to obtain review of unauthorized agency action.

The Complaint was filed on November 21, 2006. The Defendant answered on March 9, 2007. Plaintiff moved for class certification on March 27, 2007 and the defendant opposed the motion. In a minute order dated November 1, 2007 ("Order") the District Court denied her motion for class certification and struck the class allegations from her Complaint. A scheduling conference was held on December 19, 2007 and a proposed order setting out a schedule was filed. Pursuant to a consent motion to amend or

correct the scheduling order, the Court entered a revised schedule dated April 17, 2008 under which discovery was to end on August 29, 2008.

In a petition under Rule 23(f), Fed. R. Civ. P., Plaintiff Khaksari and the class of United States citizen applicants she seeks to represent have sought permission from the Circuit Court to appeal the Order dated November 1, 2007 denying her motion for class certification and striking the class allegations from her Complaint. In an Order dated January 30, 2008, the Court of Appeals ordered that the record be remanded to the district court for a statement of reasons for the denial of Plaintiff's motion for class certification; the Court requested the district court to return the record to the Court of Appeals upon issuance of the statement of reasons. The Court further ordered that the case be held in abeyance pending the issuance of the statement of reasons. See *In Re Batool Khaksari*, D.C. Cir. No. 07 – 8008. On July 23, 2008 the Court entered a statement of reasons pursuant to the order of the Circuit Court.

One of the witnesses Plaintiff had sought to depose retired from the BBG and seems to have gone on an extended excursion from his home in Washington, DC so he has been unavailable for either party.

The parties have agreed that the other deadlines in the scheduling order will require revision by approximately 90 days as follows: tender of plaintiff's expert report, if any, shall be no later than August 30, 2008; tender of defendant's expert report, if any, shall be no later than October 30, 2008; close of discovery shall be December 10, 2008; dispositive motions, if any, shall be filed on or before January 21, 2009; oppositions to dispositive motions shall be filed on February 11, 2009; and replies, if any, shall be filed on February 23, 2009.

Defendant has advised that it consents to the resetting of this schedule.

Given the pendancy of the matters lodged with the Circuit Court in *In Re Batool Khaksari*, D.C. Cir. No. 07 – 8008 these reset dates should not substantially imperil the schedule now set by the Court.

Accordingly, the motion should be granted. A memorandum in support and proposed order is submitted herewith.

    Respectfully submitted,

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, DC  20006
Tel. 202 835 0300
Fax 202 835 0306

Attorney for Plaintiff Batool Khaksari

United States District Court
For the District of Columbia

| | |
|---|---|
| Batool Khaksari,<br>    Plaintiff,<br><br>v.<br><br>James Glassman,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)   CA No. 06-1990 (RJL)<br>)<br>)<br>)<br>)<br>) |

**Memorandum of Points and Authorities in Support of Consent Motion to Amend Scheduling Order**

Pursuant to Local Civil Rule 16.4 and Rule 16(b), Fed. R. Civ. Proc., Plaintiff hereby moves to amend the times set in the scheduling order to reset the schedule.

This is an action for monetary, equitable and declaratory relief brought by plaintiff Batool Khaksari against defendant James Glassman in his official capacity as Chairman of the Broadcasting Board of Governors ("BBG") to redress discrimination based on age, sex, race, national origin, religion and retaliation and to obtain review of unauthorized agency action.

**Procedural Posture**

The Complaint was filed on November 21, 2006. The Defendant answered on March 9, 2007. Plaintiff moved for class certification on March 27, 2007 and the defendant opposed the motion. In a minute order dated November 1, 2007 ("Order") the District Court denied Plaintiff's motion for class certification and struck the class allegations from her Complaint. A scheduling conference was held on December 19,

1

2007. The parties prepared and submitted a scheduling order for the Court to set out the schedule set at the conference and an order was duly entered.

In a petition under Rule 23(f), Fed. R. Civ. P., Plaintiff Khaksari and the class of United States citizen applicants she seeks to represent have sought permission from the Circuit Court to appeal the Order dated November 1, 2007 denying her motion for class certification and striking the class allegations from her Complaint. In an Order dated January 30, 2008, the Court of Appeals ordered that the record be remanded to the district court for a statement of reasons for the denial of Plaintiff's motion for class certification; the Court requested the district court to return the record to the Court of Appeals upon issuance of the statement of reasons. The Court further ordered that the case be held in abeyance pending the issuance of the statement of reasons. See *In Re Batool Khaksari*, D.C. Cir. No. 07 – 8008. On July 23, 2008 the Court entered a statement of reasons pursuant to the order of the Circuit Court.

Pursuant to a consent motion to amend or correct the scheduling order, the Court entered a revised schedule dated April 17, 2008 under which discovery was to end on August 29, 2008.

**Discussion**

The parties have initiated discovery.

One of the witnesses Plaintiff had sought to depose retired from the BBG and seems to have gone on an extended excursion from his home in Washington, DC so he has been unavailable for either party.

The parties have agreed that the other deadlines in the scheduling order will require revision by approximately 90 days as follows: tender of plaintiff's expert report, if any, shall be no later than August 30, 2008; tender of defendant's expert report, if any, shall be no later than October 30, 2008; close of discovery shall be December 10, 2008; dispositive motions, if any, shall be filed on or before January 21, 2009; oppositions to dispositive motions shall be filed on February 11, 2009; and replies, if any, shall be filed on February 23, 2009.

Given the pendancy of the matters lodged with the Circuit Court in *In Re Batool Khaksari*, D.C. Cir. No. 07 – 8008 these reset dates should not substantially imperil the schedule now set by the Court. Accordingly, good cause for the resetting of the dates is satisfied.

Defendant generously has consented to this motion.

A proposed order is submitted herewith.

    Respectfully submitted,

    Timothy B. Shea
    DC Bar No. 234005
    Nemirow Hu & Shea
    1629 K Street, NW Suite 500
    Washington, DC  20006
    Tel. 202 835 0300
    Fax 202 835 0306

    Attorney for Plaintiff Batool Khaksari

Case 1:06-cv-01990-RJL    Document 23-2    Filed 07/31/2008    Page 4 of 4

4

United States District Court
For the District of Columbia

| | |
|---|---|
| Batool Khaksari,<br>    Plaintiff,<br><br>v.<br><br>James K. Glassman,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)   CA No. 06-1990 (RJL)<br>)<br>)<br>)<br>) |

**Order**

Upon consideration of plaintiff's unopposed motion to amend the times set in the scheduling order, defendant's consent thereto, and the entire record herein, it is hereby

Ordered that the motion shall be granted; and

Ordered that the schedule shall be reset as follows: tender of plaintiff's expert report, if any, shall be no later than August 30, 2008; tender of defendant's expert report, if any, shall be no later than October 30, 2008; close of discovery shall be December 10, 2008; dispositive motions, if any, shall be filed on or before January 21, 2008; oppositions to dispositive motions shall be filed on February 11, 2009; and replies, if any, shall be filed on February 23, 2009.

United States District Judge

Dated: