# EXHIBIT 1

# ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -x
                                  :
BARTOOL KHAKSARI,                 :
                                  :
        Plaintiff,                :
                                  :
    vs.                           :  Civil Action
                                  :
JAMES K. GLASSMAN,                :  No. 06-1990 (RJL)
Chairman, Broadcasting            :
Board of Governors,               :
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - -x

Washington, D.C.

Tuesday, December 2, 2008


The deposition of BATOOL KHAKSARI, called

for examination by counsel for Defendant in the

above-entitled matter, pursuant to Notice, in the

offices of U.S. Attorney, 501 Third Street, N.W.,

Washington, D.C., convened at 10:00 a.m., before

Cathy Jardim, a notary public in and for the District

of Columbia, when were present on behalf of the

parties:

APPEARANCES:


  On behalf of the Plaintiff:

        TIMOTHY B. SHEA, ESQ.
        Nemirow Hu & Shea
        1629 K Street, N.W., Suite 500
        Washington, D.C.  20006


  On behalf of the Defendant:

        JANE M. LYONS, ESQ.
        Assistant U.S. Attorney
        501 3rd Street, N.W.
        Washington, D.C.  20530
        (202) 514-7161


  Also Present:   KATARYNA BALDWIN, ESQ.
                  ELIZABETH PARISH, ESQ.

1      A.    I do.

2      Q.    You are doing very well with one of the big

3   rules, which is you need to give verbal answers.  If

4   you nod your head or grunt or other things that are

5   hard to take down, we cannot understand.

6            So, are you ready to continue?

7      A.    Of course.

8      Q.    Ms. Khaksari, I would like to start with

9   some background about you.  Where were you born?

10     A.    Teheran, Iran.

11     Q.    What is your date of birth?

12     A.    10/18/51.

13     Q.    Are you married?

14     A.    I am divorced.

15     Q.    What year were you divorced?

16     A.    In '94.

17     Q.    What year were you married?

18     A.    I married in Iran, 19 -- it was in Iran.  If

19   I convert to Iranian date -- it goes back to -- ten

20   years before I came here.  You do the calculation.  I

21   tried to do it for you.

22     Q.    I am not interested in sending you an

1  anniversary card or anything.  All I want is a year.

2          Let's start at the beginning.  You were born

3  in Iran.

4      A.    Right.

5      Q.    When did you leave Iran?

6      A.    1981, after revolution.

7      Q.    And when you left Iran, did you come to the

8  United States?

9      A.    Directly, yes.

10     Q.    Are you a U.S. citizen?

11     A.    I am.

12     Q.    When did you become a U.S. citizen?

13     A.    In 1991, if I remember it correctly.

14     Q.    Are you still a citizen of Iran?

15     A.    No, I am not.

16     Q.    Are you a citizen of any other country?

17     A.    No.

18     Q.    So, we have got you born in Iran in 1951 and

19  leaving at the age of approximately 30 in 1981; is

20  that right?

21     A.    Correct.

22     Q.    Before you left Iran, you were married?

1      A.    I was.

2      Q.    Do you remember how old you were when you

3  were married?

4      A.    I was around 24.

5      Q.    That would put it around 1975.

6      A.    Correct.  Finally, we got it.

7      Q.    Let's talk about your education, because I

8  think most of that probably happened in Iran.

9      A.    Yes.

10     Q.    Tell me about your formal education.

11     A.    Well, I have a bachelor's degree in

12  economics from National University of Iran, and after

13  that I attended law school, and I have a degree in

14  law.

15     Q.    Don't you also hold a master's degree?

16     A.    Here I obtained that.

17     Q.    The master's degree is in criminology,

18  correct?

19     A.    Correct.

20     Q.    From what institution did you get the

21  master's degree?

22     A.    Coppin State University.

1     Q.    What year did you receive that degree?

2     A.    It was 1990.  I attended when I came here.

3  Then I had a gap having children, and then I went

4  back and I obtained that.

5     Q.    Let me see if we can start at the beginning.

6  You have a bachelor's degree in economics.  What year

7  did you receive that degree?

8     A.    Let me go back.  1974, around that time.

9     Q.    And then you went to law school in Iran?

10    A.    Correct.

11    Q.    And you received a degree?

12    A.    I did.

13    Q.    Do you know what year you received that law

14  degree?

15    A.    In '79.

16    Q.    Do you have any other formal education while

17  you were in Iran?

18    A.    That was it.

19    Q.    Once you came to the United States, let's

20  just stay with the theme of education now.  Have you

21  studied law in the United States?

22    A.    Yes.

1      Q.   Where did you study law?

2      A.   University of Maryland.

3      Q.   Did you receive a degree?

4      A.   No, I didn't.

5      Q.   I presume as a foreign lawyer, you were

6   trying to satisfy some requirements to become a

7   member of the bar in the United States.

8      A.   That is true.

9      Q.   When you left Iran and came to the United

10  States, was it your intention to practice law?

11     A.   It was.

12     Q.   Have you ever practiced law in the United

13  States?

14     A.   Not yet.

15     Q.   Have you taken any state's bar exam since

16  you have been in the United States?

17     A.   I took Washington, D.C. bar.

18     Q.   When did you do that?

19     A.   I did it in 2004 -- 2005, for the first

20  time.

21     Q.   Did you pass the exam?

22     A.   No, I didn't.

1      A.   The younger one, Deniz Sarhaddi.

2      Q.   You are supporting her?

3      A.   They are supporting me, in fact, after my

4  unemployment.

5      Q.   Does your other daughter, Solmaz --

6      A.   She is at law school.

7      Q.   Where does she go to law school?

8      A.   Roger Williams, Rhode Island.

9      Q.   You should be very proud, a daughter in law

10  school and a daughter in medical school.

11      A.   I am.

12      Q.   Do you own the home you live in?

13      A.   No.  I am renting.

14      Q.   How much is your monthly rent?

15      A.   One thousand nine hundred.

16      Q.   You are not paying the tuition for either of

17  your daughters' education?

18      A.   No, they obtained loans.

19      Q.   Skipping back to your educational

20  experience, yours, do you have any formal training in

21  journalism?

22      A.   Not formal training, other than VOA.

1     Q.   Other than your work --

2     A.   Yes.

3     Q.   When you say VOA, you mean Voice of America?

4     A.   Yes.

5     Q.   Which is now known as the Broadcasting Board

6  of Governors.

7     A.   Correct.

8     Q.   But if we use VOA, we will both know what we

9  are talking about?

10    A.   Absolutely.

11    Q.   Did you have any formal training in

12  broadcast?

13    A.   I had for one year in Iran while I was

14  working at the National Television of Iran.

15    Q.   That means you have some experience.  Do you

16  have any formal educational training?

17    A.   Not education.

18    Q.   Let's talk about your work experience in

19  Iran.  When you got out of law school, did you work

20  as an attorney?

21    A.   Yes.

22    Q.   Where was that?

1       A.      The same, language and voice.

2       Q.      Language and voice?

3       A.      And voice.  In other words, writing and

4  reading.

5       Q.      What about translating?

6       A.      That is the main part.  Basically, you

7  translate and then you read it and you voice it.

8       Q.      As if you were broadcasting it on the radio?

9       A.      That is correct.

10      Q.      Who conducted your language and voice test?

11      A.      In which part?

12      Q.      Well, the first test you took was a language

13  test.  That was just written, correct?

14      A.      No, no.  Always it is two parts.

15      Q.      Why did you have to take the test twice if

16  you passed it?

17      A.      I did first at personnel.  That was for

18  permanent position.  Then you go to service for

19  contractual, temporary position, and you have to take

20  the test again for them.

21      Q.      Do you know who administered the test on

22  either occasion?

1    A.    The first one was the office of personnel

2   itself, and then the second one was Ahmad Bahrloo and

3   Faredion Andoose.

4         Ahmad is A-H-M-A-D, Bahrloo, B-A-H-R-L-O-O,

5   or L-O-U, I am not sure.  And then second person was

6   Faredion, F-A-R-E-D-I-O-N, and then last name, Farh,

7   F-A-R-H, Andoose, A-N-D-O-O-S-E, if I am correct.

8    Q.    That should be close enough to make a

9   record.  Thank you.

10   A.    Sure.

11   Q.    Were you told about the result of the

12   language and voice test you took by the Persian

13   service?

14   A.    By Persian service, yes, they said you

15   passed it, but they didn't have budget at that time.

16   Q.    So I take it you did not get work right

17   away?

18   A.    Not right away.

19   Q.    What is the next thing that happened?

20   A.    We have a position available at Web, Web

21   site for the Persian services, and it was basically

22   sponsoring the Web site and translation, a news

1    editor.

2        Q.   Who contacted you?

3        A.   Somebody from that office that later on I

4    knew that he was the second person at the service,

5    Nikzat.

6        Q.   Can you spell that?

7        A.   N-I-K-Z-A-T.

8        Q.   Do you recall when he contacted you?

9        A.   It was in 2003, I guess.

10       Q.   And did Mr. Nizkat indicate what kind of

11   position it was?

12       A.   He said that what you do basically is

13   translating the news and post it to the Web site and

14   also post all other program produced by other people

15   to the Web.

16       Q.   Translating the news, I take it you were

17   translating from English into Farsi.

18       A.   Always.

19       Q.   So what happened after you had the

20   discussion with Mr. Nizkat with regard to coming to

21   work?

22       A.   Coming to work.  When he called me, he said

1      A.   If I can recall it correctly, yes, it was

2   for one year, or at least this is what they said.

3      Q.   Did you understand that the contract

4   provided to pay you for your services rendered during

5   the term of the contract?

6      A.   Yes, I have to work and they paid me.

7      Q.   Did you understand that you were not an

8   employee?

9      A.   Correct.

10      Q.   Is it fair to say that the primary skill

11   that you provided in this position with the Web site

12   was as a translator?

13      A.   Correct.

14      Q.   You didn't accrue annual leave, correct?

15      A.   No, nothing.

16      Q.   You didn't get to participate in a federal

17   retirement system?

18      A.   No.

19      Q.   And VOA didn't pay Social Security taxes?

20      A.   No.

21      Q.   So, VOA contracted with you to provide

22   translating services; is that right?

1     A.    Basically.

2     Q.    Tell me, when you first came to work at the

3 Web, who was your supervisor?

4     A.    Mr. Nizkat.

5     Q.    Where did you work?

6     A.    You mean the location?

7     Q.    Yes.

8     A.    It was inside the building, Cohan building.

9     Q.    Do you remember what floor?

10    A.    First floor.

11    Q.    What kind of work area did you have, was it

12 a newsroom or -- I am trying to get an idea.  Did you

13 have an office?

14    A.    Web was a room like this, but everybody else

15 were using cubic.

16    Q.    So did you have an office?

17    A.    We had.

18    Q.    Who is we?

19    A.    The Web site, people working at the Web was

20 sitting separate.

21    Q.    But --

22    A.    But in the same room.

1   responsibilities?

2       A.   No, and that is why I was hired, because

3   those people who are working at Web are considered

4   practically technicians.

5       Q.   That is what I am trying to get at.

6       A.   And I was the only one who was educated for

7   that work and was hired for that reason.

8       Q.   You were hired to help with the translating

9   load for the Web?

10      A.   Doing translating.

11      Q.   The other people that worked on the day

12  shift did not have responsibility for translating

13  material?

14      A.   No, they didn't have to do it.

15      Q.   Putting that aside, that is not what they

16  were getting paid to do?

17      A.   Correct.

18      Q.   Is it fair to say that you spent the

19  majority of your time translating.

20      A.   I had to translate and post it.  I cannot

21  separate it.  Whatever I did -- my time was divided

22  between translation and posting.

1   news item?

2       A.    About 10 minutes, between 10 and 15.

3       Q.    When you first arrived at the Web, what

4   shift were you assigned to?

5       A.    My first arrival was day shift, but then

6   after I finished that term, which was I guess about

7   two months, then I was assigned to night shift.

8       Q.    You worked on the day shift for

9   approximately two months?

10      A.    About.

11      Q.    How would you describe that period of your

12  work?

13      A.    As a translator -- I worked at that time

14  mainly as translator, news editor, and then also for

15  the Web, and it was okay, it was good.

16      Q.    Got along well with your supervisor?

17      A.    Yes.

18      Q.    Did you get along well with your co-workers?

19      A.    Except one.

20      Q.    Who was that one?

21      A.    Saeed Rahmani, S-A-E-E-D, R-A-H-M-A-N-I.

22      Q.    What was the nature of your not getting

1 | along with Mr. Rahmani?

2 |     A.    It was not not getting along, it was the

3 | fact that he was, in a way, offended that I came over

4 | and took over the work as translator and Web sponsor.

5 |     Q.    What did he do?

6 |     A.    He was just posting.  Like a technician.

7 |     Q.    So there was some friction between the two

8 | of you over work?

9 |     A.    Not only, but, yes, it was.

10 |     Q.    I think I understand what you mean.  So

11 | after a couple of months, this is around maybe August

12 | of 2003?

13 |     A.    I started end of July -- probably.

14 |     Q.    You got shifted to the night shift?

15 |     A.    Correct.

16 |     Q.    What time was night shift?

17 |     A.    Night shift was supposed to start at 8 p.m.

18 | and then finish around 3, 3:30 in the morning.

19 |     Q.    What were the hours for the day shift?

20 |     A.    They started practically 9:00 and going on

21 | to 11.

22 |     Q.    Is that 11 p.m.?

1  assignment?

2      A.   Sixty-five dollars -- I started at 55, at

3  that point.  Less than anybody else.

4      Q.   Who else was doing the same kind of work?

5      A.   Nobody.

6      Q.   Who were the other employees during the day

7  shift during the first two months?

8      A.   For the Web?

9      Q.   For the Web, yes.

10     A.   If I remember the names correctly, it was

11  that gentleman, Rahmani; Anoosh, I don't know his

12  last name, A-N-O-O-S-H; and another woman, a young

13  woman -- Mr. Nikzat himself, and then that is it, I

14  guess, basically.  Four people.

15     Q.   Did you get asked to take the night shift?

16     A.   Yes.

17     Q.   And you accepted?

18     A.   They told me this is part of the position,

19  part of the job.

20     Q.   He had told you that when you talked to him

21  before you took the job?

22     A.   Correct.

1        A.    P-A-Y-M-A-N, K-A-V-E-H.

2        Q.    After you worked on the night shift for the

3  Web, did you go back to the day shift for the Web?

4        A.    I went directly to radio.

5        Q.    How did that change come about?

6        A.    I asked about that.  I asked that -- is was

7  too tiring.  I don't have energy to leave after eight

8  hours.  Basically they asked me every day almost, on

9  a daily basis to start my shift early as they didn't

10  have any translator for evening time, so I

11  practically started at three, 4:00 in the afternoon,

12  going to three in the morning.

13        Q.    Who did you ask to make the shift to radio?

14        A.    I talked to Mr. Nazemi who was in charge of

15  radio at that point.

16        Q.    What did you say to him?

17        A.    I said whatever it was the reason, it is too

18  tiring, and I am having difficulty -- and I am scared

19  to be alone in this building, only one working.  He

20  was very happy that I decided to go only for radio.

21  He said, we need you, and I don't want you to stay at

22  the Web, and, of course, Nikzat was really, really

1   came in?

2        A.   Correct.

3        Q.   After you read the newspapers, presumably

4   you selected certain items out of them that pertained

5   to the Middle East or Iran or you thought were worthy

6   of consideration?

7        A.   Yes.

8        Q.   And then what did you do exactly?

9        A.   When I selected the subjects, whatever it

10  was, and then translated, I show it to -- I gave it

11  to editor of the day --

12       Q.   Let me take a very small example.  Let's say

13  you are reading the New York Times and you see an

14  article that is pertinent and should be included.

15  You would translate that article?

16       A.   Yes.

17       Q.   You would translate the words of that

18  article into Farsi?

19       A.   Into Farsi.

20       Q.   And show it to whom?

21       A.   To editor of the day.

22       Q.   And what would the editor of the day do

1  next?

2      A.    Editor of the day was looking to see if that

3  article was suitable and whether translation was

4  correct, and then sign it, and then after his

5  signature or initial, I was allowed to air it and to

6  voice it.

7      Q.    At that point, do you go someplace and

8  record your voice speaking it?

9      A.    Correct.

10     Q.    When does that get aired on the radio?

11     A.    On the same day.

12     Q.    They would select these pieces and then

13 someone would have the job of writing the transcript,

14 connecting them and do the intros?

15     A.    I did all of that.

16     Q.    So someone would make a radio program out of

17 these pieces?

18     A.    I did it.

19     Q.    Would the editor of the day look at your

20 script for the radio program and approve that too?

21     A.    Correct.

22     Q.    How many other people were doing what you

1      Q.   So it is kind of a team?

2      A.   Team, yes.

3      Q.   But one of these folks functions as the

4  editor of the day, and they sort of doing a screening

5  function about what will go and what won't; is that

6  right?

7      A.   That is correct.

8      Q.   You said that person, the first thing they

9  did was check to see if the item itself was a

10  suitable thing?

11     A.   Correct.

12     Q.   Would the editor of the day sometimes

13  disagree with things you brought to him as suitable?

14     A.   No.   Basically what I did was praised by

15  them.   It is wonderful.   Nice selection, always.

16     Q.   Did it ever happen that you brought

17  something to the editor of the day and the editor

18  said no, we are not going to include this, maybe not

19  because it is not suitable, but because we have too

20  many things?

21     A.   No.

22     Q.   Never happened?

1    Q.    That was your area.  Did you ever bring an
2  item to the editor of the day and have -- were all of
3  the editors of the day men?
4    A.    All of them.
5    Q.    Any of them, those individuals, have any
6  kind of problem with your translation?
7    A.    No, no.
8    Q.    At that point, they would place their
9  initials on the item indicating it was ready to be
10  voiced?
11    A.    Correct.
12    Q.    At that point -- strike that.
13        How would you describe your relationships
14  with your editors on the radio side?
15    A.    It was, in what period?  Because I had
16  different periods of relationship with them.
17    Q.    When you first started working on the radio?
18    A.    It was good.  Like everybody else.
19    Q.    What do you mean?
20    A.    The atmosphere was -- you could call it
21  friendly in the beginning, and then it
22  was -- respectful.

1  in terms of what -- you didn't change a New York

2  Times article at all in English before you translated

3  it, right?

4      A.   Never.

5      Q.   So the only question being assessed is

6  whether this is a correct or proper translation of

7  this?

8      A.   Not correct or proper.  My Farsi, as

9  everybody can testify, is very modern, very fluent.

10  Most of the people working there are working there

11  for 20, 25 years using classic language of Farsi, so

12  in that sense it could be different idea of words,

13  using words.

14      Q.   So sometimes you had that -- I don't want to

15  say conflict, but difference of opinion about how

16  things should be said?

17      A.   Right.  Very few times.

18      Q.   Did that get worked out professionally?

19      A.   Yes, absolutely, in the beginning.

20      Q.   Did you agree with the changes being made by

21  the editor?

22      A.   I didn't challenge because it was their

1   responsibility.  At the end, editor had

2   responsibility, so there was no reason to challenge

3   it.

4       Q.   You were also talking about, I think, other

5   ideas or direction coming from the operation side

6   about things to be created.

7       A.   Correct.

8       Q.   Not items that were from other sources, but

9   original items?

10      A.   Original, right.

11      Q.   Did you ever receive a direction to create

12  an original item?

13      A.   Yes.

14      Q.   Who would you get those from, if they came

15  from operations?

16      A.   Actually, Mr. Nazemi received direction from

17  upper management that it is time to create a new type

18  of program or new plan for the Web site, and he asked

19  me if I can help him, and I provided all the titles

20  of the programs, for the Web, and for the program to

21  be aired, and then he used it and later on, basically

22  whatever was the program, the title of the program

1       A.    It is.

2       Q.    When you were doing that kind of work,

3  research and writing, were you still doing the

4  translation work at the same time?

5       A.    I did those on my own time.

6       Q.    You did the research and the writing on the

7  original pieces on your own time?

8       A.    On my own time.

9       Q.    By this point, were you getting paid $65 for

10  each assignment?

11       A.    Yes.

12       Q.    And so in a typical day, you interacted

13  mostly with an editor?

14       A.    Correct.

15       Q.    Did you have any other interaction with your

16  co-workers besides the normal hallway --

17       A.    No, not really.

18       Q.    How often were you paid under your contract?

19       A.    Every other week.

20       Q.    Did you have any problems with payments at

21  any point?

22       A.    No.  You mean the frequency?

1   assignments?

2       A.   Correct.

3       Q.   And that is the sole extent of your

4   experience at VOA?

5       A.   Yes.

6       Q.   You never went back to the Web?

7       A.   No.   Toward the end they asked me to help

8   them.   I said okay.

9       Q.   You worked more at the end --

10      A.   About one week before I was fired, I worked

11  for the Web also.

12      Q.   You didn't stop working for radio, you just

13  split your time a little bit?

14      A.   Correct.

15      Q.   You said a little while ago that two of the

16  women that worked on the radio side harassed you.

17      A.   Correct.

18      Q.   What do you mean when you say that, what did

19  they do?

20      A.   In the meaning of the term itself, they

21  actually used false language, started rumoring.

22      Q.   Gossip?

1      A.    Gossip type, and then elevated to using

2   language which was not proper to use.

3      Q.    How do you know -- gossip is such a funny

4   thing.  How do you know they started gossip about

5   you?

6      A.    They didn't even try to hide it from me.

7   They did it loudly, and then -- so everybody came to

8   me and said that -- you need to make them quiet, and

9   I said, no, they are free to their opinion.

10      Q.    What kind of things did you hear them say

11   about you?

12      A.    Different things.  They talk about the fact

13   that I am here to change everything in the

14   radio because -- remember I said I created programs

15   and Web site, a new Web site.  She is here, she is

16   planning to take over all the works.  She is

17   planning -- not in a negative way, it was positive to

18   me, and then elevated, I don't know how to work, I

19   don't know how to act, I am not a decent person, I am

20   not a right person, and used very faulty words to

21   call me.

22      Q.    I am not sure what you mean by faulty.  Tell

1    me the words they used.

2         A.    The actual word?

3         Q.    Yes.

4         A.    Prostitute.

5         Q.    To your face?

6         A.    The desk is right there, and they are

7    calling me.

8         Q.    How do you know they are referring to you?

9         A.    Because I had experience with them.  They

10   looked at me, especially Aramideh, when she called

11   me, and they were gathering together and laughing and

12   using those words and calling me different names and

13   terms.

14        Q.    What names and terms, that you heard?

15        A.    That word, I heard it on a daily basis, 100

16   times, and then the fact that she is -- she has dirty

17   mind.  If I can correctly call it -- they referred me

18   to Khomeni's ass, I must go there, if I stay longer

19   there, that they can push me to Khomeni's ass, if

20   they cannot push me out of the place, and very, very

21   dirty things, and I report those incidents to Nazemi,

22   and he told them to stop, but he said, you know, they

1    are close to Sheila Gandji, and I cannot do anything

2    about it.

3         Q.   Did Mr. Nazemi tell you he had asked them to

4    stop talking about you in those terms?

5         A.   He said, you know who they are, you know

6    they are jealous, and I said I don't see any reason

7    for jealousy.  It is the fact that they are harassing

8    me, so I leave the job, and it goes against my

9    dignity to do it, and at the end he said, you know

10   how close they are to Sheila Gandji, and

11   unfortunately I cannot do anything about it.  You

12   just ignore it.

13        Q.   To what do you attribute their motives?

14        A.   You can call it very elementary, low-level

15   motive.  The motivation was the fact that I was given

16   more responsibility.  I was given more serious

17   program.  I was praised for my work and I was acting

18   very professional, respectful to other people, and I

19   received respect from other people, and they couldn't

20   handle it.

21        Q.   Tell me what kinds of work they did.

22        A.   Turns out Aramideh, or Armideh, was

1    basically reading news and anchoring radio program.

2        Q.    They would read what was put in front of

3    them?

4        A.    Correct.

5        Q.    They were both radio broadcasters?

6        A.    Right.

7        Q.    Were they regular employees of the agency?

8        A.    No.  Aramideh was like me, POV, purchase

9    vendor, older.  Amini was working there some 25

10   years, she was employed.

11       Q.    When they used the terms you found

12   offensive, were they speaking in English or in Farsi?

13       A.    Farsi.

14       Q.    This newsroom is for the Persian service?

15       A.    Yes.

16       Q.    Was Farsi the language of the room?

17       A.    Correct.

18       Q.    Did you ever ask them to stop?

19       A.    I never confronted them.

20       Q.    Did their behavior, as juvenile as it

21   sounds, interfere with your ability to get your work

22   done?

1      A.   I tried to ignore, but of course it affects

2  you, but not to the point I couldn't perform my work.

3      Q.   So you could get your work done?

4      A.   I did.

5      Q.   You didn't have to interact with them

6  directly?

7      A.   No.

8      Q.   So you could remove yourself physically from

9  their area so you couldn't hear them?

10     A.   Because my computer was there, my desk was

11  there, I can't remove everything, but I asked Mr.

12  Nazemi to allow me to remove everything to the end of

13  the room --

14     Q.   Relocate your work space?

15     A.   Yes.

16     Q.   Did he do that?

17     A.   No.  He said, you know, [speaking in Farsi]

18  -- and I will spell it for you -- those people said,

19  how come you are relocating her over everybody else?

20  And I said what does that mean?  I am just asking to

21  remove my desk.  And he said basically that these two

22  editors are not allowing him to do it, and it was

1   don't understand you, and I am not coming to your

2   level to answer you questions.

3       Q.   So you weren't going to get into a fight

4   with them?

5       A.   No, no.  It was too low.

6       Q.   So it sounds like they were -- I am using an

7   idiom that you don't know, but trying to keep you or

8   put you in your place.

9       A.   I was doing my work, but in fact they saw me

10  as a threat for themselves.

11      Q.   And that is the -- let me ask you a couple

12  of questions about them.  Are they both U.S.

13  citizens?

14      A.   Amini is, but Aramideh is not.

15      Q.   Are they from Iran?

16      A.   Both of them.

17      Q.   Both from Iran?

18      A.   Correct.

19      Q.   Both are women?

20      A.   Yes.

21      Q.   Do you know what religion they practice, if

22  any?

1      A.    Moslem.

2      Q.    Mrs. Amini, you said, had been at the agency

3  for 25 years, so she is probably older than you,

4  right?

5      A.    She is very old, right.

6      Q.    And what about Ms. Aramideh?

7      A.    Aramideh is younger than me.

8      Q.    How much younger?

9      A.    At least ten years.

10     Q.    Did you ever have any indication from Mr.

11 Nazemi that he was concerned with your work?

12     A.    No.

13     Q.    Because it sounds like you might have heard

14 these women as a threat to your continued work at the

15 agency; is that right?

16     A.    Correct, because I was given more serious

17 program to handle and then they were not, even though

18 Mrs. Amini was there 20, 25 years, but basically she

19 was doing here and there something, she was not given

20 a routine, serious program to do.  So she was

21 practically there helping other people.  So she was

22 offended in that way too.

```
1                    AFTERNOON SESSION

2                                    (12:59 p.m.)

3         Whereupon,

4                    BATOOL KHAKSARI,

5    having been previously duly sworn, was further

6    examined and testified as follows:

7              EXAMINATION BY COUNSEL FOR THE DEFENDANT

8              BY MS. LYONS:

9         Q.   Ms. Khaksari, we are back from the break.

10   Before the break, we were talking about the things

11   that were happening in your workplace on the radio

12   side that were offensive, and you had told me about

13   things that were said to you by Ms. Aramideh and

14   Ms. Amini, right?

15        A.   Correct.

16        Q.   Was there anything else that those ladies

17   ever said to you that was a problem?

18        A.   Mrs. Amini, let me put it this way, as POV,

19   we are considered independent workers, in other

20   words, we should not be closely supervised because we

21   come as experts, but Mrs. Amini, knowing that, was

22   preventing me time to time of using computer,
```

1    printer, fax machine and those things, and she even

2    sometimes was physical, meaning that she was

3    practically pushing me off the printer or fax and

4    said, you guys know that you cannot use these things,

5    just to me, not anybody else.  Then to the point that

6    Dr. Biparva at some point started arguing with her,

7    that this is not the professional way to act, this is

8    not right, what you do, and asked me to respond to

9    that type of act, and I refused and I said, I have

10   authority, I have a supervisor, and they must take

11   care of this, not me.  It was on a daily basis and

12   when it becomes routine, it is bothering, it is

13   disturbing.

14        Q.   Are you saying every day she prevented you

15   from using the printer?

16        A.   Not every day, but every day she acted as if

17   I am outsider and I shouldn't even be there.

18        Q.   Didn't you tell me that one of these two

19   women was a purchase order vendor?

20        A.   Amini.

21        Q.   If she prevented you from using a particular

22   printer, what did you do?

1    A.    I waited for her to do her work, print

2  whatever she wants and to leave, and then I started

3  working.

4    Q.    She would give her own printing job a

5  priority over yours?

6    A.    It was not that, it was the fact that she

7  was after me everywhere I was, to make some comment,

8  to make some disruption, something.  That was the

9  main goal.

10    Q.    Anything else that she ever did?

11    A.    She said openly to Aramideh, along with

12  Rasakh, Ardalan, R-A-S-A-K-H, A-R-D-A-L-A-N, and

13  other people -- they were, as a group, all the time

14  together, except the time they individually worked,

15  and they openly and loudly said that we cannot take

16  her, she must leave, we must make her to leave.

17    Q.    And they said those things so that you could

18  hear them?

19    A.    Of course.

20    Q.    You testified earlier this morning that you

21  complained to your supervisor, Mr. Nazemi, about this

22  behavior.

```
 1                    (Khaksari Exhibit No. 1

 2                    was marked for identification.)

 3         BY MS. LYONS:

 4         Q.    Ms. Khaksari, the court reporter has handed

 5  you a document that has been marked as Exhibit 1.

 6         A.    Correct.

 7         Q.    Do you recognize this document?

 8         A.    Yes.

 9         Q.    Is that your signature down at the bottom?

10         A.    True.

11         Q.    This is a memorandum from you to Mr. Nazemi,

12  correct?

13         A.    Yes.

14         Q.    And it is about your complaints of

15  harassment?

16         A.    Yes.

17         Q.    Is this what you were talking about this

18  morning when you said you talked to Mr. Nazemi?

19         A.    Yes.  This is official complaint.  I had

20  unofficial complaint.

21         Q.    You sent this to him?

22         A.    Yes.
```

1      Q.    Do you recall how you delivered this to him?

2      A.    In person.

3      Q.    You printed this document and handed it to

4   him?

5      A.    Correct.

6      Q.    It wasn't an e-mail?

7      A.    No.

8      Q.    Do you recall when you did that?  Because

9   there is no date on this document.

10      A.    It was on April -- it was Monday, April 4.

11      Q.    Of what year?

12      A.    2005.

13      Q.    How do you remember that?

14      A.    It was the day after I was fired.

15      Q.    The day after you handed him this?

16      A.    Correct.

17      Q.    We will get to that.  Was this the first

18   time -- was April 4 then the first time that you

19   advised Mr. Nazemi about your complaints about your

20   work environment?

21      A.    Correct.

22      Q.    Does this document summarize all of the

1    things that you told him about?

2         A.    Yes.

3         Q.    In the first paragraph, if I could direct

4    your attention there, you say in the document, and I

5    am not quoting, but you say that you had reported

6    some unethical radio program content that basically

7    included legal advice being given by someone not

8    licensed to give legal advice, right?

9         A.    Correct.

10        Q.    Who did you complain to about that?

11        A.    I complained to Mr. Nazemi about Aramideh.

12   Aramideh invited somebody who was not licensed to

13   give legal advice.

14        Q.    So the person who was giving the legal

15   advice was not an employee of the agency?

16        A.    He was.

17        Q.    He was an employee?

18        A.    Yes.

19        Q.    Who was it?

20        A.    Roozbeh, I don't know the last name.

21        Q.    Can you spell that?

22        A.    R-O-O-Z-E -- R-O-O-Z-B-E-H.

1     Q.    Did that happen once or more than once?

2     A.    Twice.

3     Q.    Twice he gave what you considered to be

4    legal advice improperly?

5     A.    Correct.

6     Q.    When did you make that complaint in 2004?

7     A.    2005 -- 2004, right.  When I did? After I

8    heard it on the radio, I couldn't believe, and two of

9    my friends who were attorneys, Iranian-American

10   attorneys, talked to me, that because of that

11   program, Iranian -- our clients from Iran are

12   calling, what is that advice, and there is difference

13   between their advice and what you are telling us, and

14   we didn't know who are doing these things and whether

15   that person is having -- is authorized to give legal

16   advice, and I said that as far as I know, he is not,

17   and then I approached Mr. Nazemi, reported this, and

18   I said, you don't want to make VOA subject of any

19   lawsuit, because these people are complaining from

20   Iran to them and they are their clients, and the

21   program was green card lottery that is every year, I

22   guess, and I reported that to Mr. Nazemi, but when I

1    was reporting that to Mr. Nazemi, Ardalan overheard

2    us, and he reported that to other people, why am I

3    complaining that he is giving legal advice when he is

4    not authorized to do.

5        Q.    So, if I heard what you said, Mr. Ardalan?

6        A.    Yes.

7        Q.    Overheard your discussion with Mr. Nazemi

8    about this legal advice being given?

9        A.    Correct.

10       Q.    And then after that, the five people you

11   identified before began at that point --

12       A.    No, elevated that.  That incident elevated

13   what they did before even more.

14       Q.    We have talked a lot about Ms. Aramideh and

15   Ms. Amini.  Can you tell me anything else that the

16   other three people ever said that you heard about you

17   that was offensive -- that was different,

18   essentially?

19       A.    It was not different.  The only one -- the

20   two others, Rosekh and Majd, who were also editors

21   and evaluators, they said that they are trying their

22   best to get rid of me, and after that discussion with

1    Mr. Nazemi, Rosekh started throwing my work out
2    practically, putting lines over all my words and then
3    says -- saying that these are not good, has no value,
4    and then he said, I continue this until she is tired
5    and she is leaving.
6         Q.    He told you that?
7         A.    He said that to other people in front of me.
8         Q.    Which person is this?
9         A.    Rasekh, R-A-S-E-K-H.
10        Q.    That is the person -- at the end of the
11   first paragraph of this Exhibit 1, the five people
12   are named, right?
13        A.    Yes.
14        Q.    That person was an editor?
15        A.    Correct.
16        Q.    Aramideh was not an editor?
17        A.    No.
18        Q.    And Ardalan was not an editor?
19        A.    No.
20        Q.    And Amini is not an editor?
21        A.    No.
22        Q.    And Bahador is not an editor?

1    A.    No.

2    Q.    What was Mr. Ardalan's job?

3    A.    He was also POV, and he was practically

4  doing petty job, like driving guests to the division,

5  trying to find guests for different programs, and

6  those kind of things.

7    Q.    And what about Mr. Bahador, what was his

8  job?

9    A.    Mr. Bahador was anchor for night radio.

10   Q.    So only Mr. Rasekh had any direct

11 interaction with your work?

12   A.    Correct.

13   Q.    You are saying after making this complaint,

14 in addition to talking about you, he also started

15 throwing your work out?

16   A.    Yes.

17   Q.    And not letting it be broadcast?

18   A.    Correct.

19   Q.    Did you talk to Mr. Nazemi about that?

20   A.    Yes.

21   Q.    And what did Mr. Nazemi say?

22   A.    Mr. Nazemi on one occasion called him to his

1   office and showed him my work and said, I don't see

2   anything wrong with this.  Why did you do it?  And he

3   said, because as editor, I can.  Nazemi called me and

4   said, I am so sorry for all these things -- basically

5   Nazemi tried to keep his position, so he tried in

6   that sense also to protect me, but he had no power to

7   do it.  In other words, Rasekh and Majd overpowered

8   him to make a decision.

9       Q.   So, essentially the editors had the

10  authority to make the calls they were making, and Mr.

11  Nazemi --

12           MR. SHEA:  Wait.  I object.  I don't think

13  you are putting words in her mouth, but you can ask

14  her a question.

15           BY MS. LYONS:

16      Q.   Did the editors have the final say about

17  what material was included for broadcast?

18      A.   No.

19      Q.   Who had the final say, Mr. Nazemi?

20      A.   Yes.

21      Q.   So Mr. Nazemi could overrule the editors?

22      A.   Correct.

1    Q.   Did he ever do that?

2    A.   Many occasions.

3    Q.   Did he ever take a piece of yours that the

4    editor had discarded and put it back in?

5    A.   Correct.

6    Q.   So he did do that?

7    A.   He did.

8    Q.   Is there anything else -- there is nothing

9    else in this April 4 memo, but if there is anything

10   else that happened while you worked at the VOA --

11   A.   Regarding harassment?

12   Q.   Yes.

13   A.   No, basically that was briefly here.

14   Q.   So this is everything?

15   A.   Continual, right.

16   Q.   And that began when?

17   A.   It began when Aramideh came to the division

18   back in 2003 and then elevated through 2004 and then

19   continued to 2005.

20   Q.   And the trigger, you think, for the

21   elevation of the things was your complaint about the

22   radio content of the lawyer?

1     Q.   It was Ms. Gandji's decision?

2     A.   Correct.  My contracted was renewed and in

3  fact terminated.

4     Q.   You started work, you said, in June of 2003,

5  correct?

6     A.   Correct.

7     Q.   That was under the terms of a contract for

8  one year?

9     A.   Usually they renew it without even telling

10  us.

11     Q.   That is probably what happened in 2004, your

12  contract got renewed?

13     A.   Yes.

14     Q.   Did you get told it was renewed?

15     A.   Yes, Mr. Nazemi always told us, and he said

16  it to me back in March, 2005, that my contract was

17  renewed.

18     Q.   He said it had been renewed --

19     A.   It was renewed.

20     Q.   When was your second -- we are talking about

21  a contract being renewed.  Was there a new contract

22  for 2004, 2005?

1    A.   Continuous, the contract.  In other words,

2  when you have a contract with them for one year, they

3  renew it -- like you are leasing a building and you

4  want to stay, it is automatically renewed unless you

5  are told otherwise.

6    Q.   That is how you understood the contract?

7    A.   Correct, and every time they would tell you,

8  well, you are working another year, those types of

9  things.

10   Q.   So you would be told something?

11   A.   Correct.

12   Q.   So what was your last day working at VOA?

13   A.   April 4 -- April 5.

14   Q.   April 5, 2005?

15   A.   Correct.

16   Q.   So when had Mr. Nazemi told you that your

17  contract would be renewed?

18   A.   He actually informed me way before that, in

19  March, around March, that it was -- he actually came

20  to me and said, we need your DUNS number.

21   Q.   What is that?

22   A.   Something they can put money in your

1      A.   No.  I didn't have time to have any

2  communication with anybody.

3      Q.   Did you recognize the three people from

4  contracting in Ms. Gandji's office?

5      A.   I never met them before.

6      Q.   Do you know who they are now?

7      A.   As far as I remember, one of them was head

8  of the contractual office -- the person who makes the

9  contract with us.

10     Q.   Do you know a name?

11     A.   Not really.

12     Q.   Can you describe this person?

13     A.   White female with a little bit dark hair,

14  brunette hair.

15     Q.   How long were you in Ms. Gandji's office on

16  April 5?

17     A.   A few minutes, just a few minutes.

18     Q.   Before we get to April of 2005, you had gone

19  to the EEO office at the agency, correct?

20     A.   Correct.

21     Q.   And when is the first time you went to the

22  EEO office at VOA?

1    A.    The very, very first time was the time I

2   complained about the discrimination regarding payment

3   of assignments.  That was very, very first time that

4   I said I am receiving less than anybody else and

5   working more --

6    Q.    You were receiving less money?

7    A.    I received the least money possible and did

8   work for many others.  Nazemi said many times, on

9   many occasions, I don't have anybody to be able to do

10  the work that you do, please do it and I pay, and

11  every month he said that unfortunately we, don't have

12  enough budget to pay.  I promise to pay you next

13  month, and next month, and never did.  That was one

14  occasion.

15       But the main point, the main proposal of

16  going to EEO office was complaining of the fact of

17  discrimination and fraud committed by two editors,

18  evaluators in federal test and those type of things.

19   Q.    So when did you first go to the EEO office

20  to complain about your pay?

21   A.    When was that?

22   Q.    Yes.

1      A.    I think it was 2004.

2      Q.    Did you file a complaint?

3      A.    No, not file, just talked to them.

4      Q.    You talked to somebody?

5      A.    I talked to Lydia Johnson, the head -- the

6   director of the EEO.

7      Q.    Did you tell Mr. Nazemi that you were going

8   to go to the EEO office to discuss that?

9      A.    No, I didn't.

10      Q.    Do you know what came out of the visit you

11   made?

12      A.    I received $10, from $55 to $65 per

13   assignment.

14      Q.    So, was your contract changed?

15      A.    Not the contract, the amount they paid me.

16      Q.    How soon after visiting the EEO office did

17   you start receiving more money?

18      A.    About a month.

19      Q.    Did anyone tell you the two things were

20   connected?

21      A.    Yes, Nazemi said that.

22      Q.    What did he say?

1        A.    I told you I am going to raise your money.

2   You didn't have to go there.  I said, you are telling

3   me one and a half year and nothing happened, so I had

4   to do something.

5        Q.    Was he upset?

6        A.    He said, I understand, and it was out of my

7   hand.  It was Sheila Gandji who said we don't have

8   budget.

9        Q.    And then you visited the EEO office again in

10  2005?

11       A.    It was in 2004, in fact -- as soon as the

12  discrimination happened, I reported it, yes.

13       Q.    And when you say as soon as the

14  discrimination happened, what are you referring to?

15       A.    I am referring to different positions were

16  filled where I was also on the list and I was not

17  hired.

18       Q.    Now we are talking about permanent positions

19  of employment with the agency that you applied for

20  and didn't get?

21       A.    Correct.

22       Q.    There are three of those?

1      A.    Three of those.

2      Q.    Correct?

3      A.    Correct.

4      Q.    Let's see if we can speed up here a little.

5                        (Khaksari Exhibit No. 2

6                        was marked for identification.)

7            BY MS. LYONS:

8      Q.    Ms. Khaksari, the court reporter has handed

9   you a document marked Exhibit No. 2.

10     A.    Correct.

11     Q.    It is a two-page document and it says

12  complaint of discrimination, right?

13     A.    Correct.

14     Q.    And this is the complaint of discrimination

15  that you were just referring to?

16     A.    What is the date?  I am trying to find the

17  date -- '05.  Yes.

18     Q.    So is that the EEO complaint you were just

19  talking about, when you didn't get positions, you

20  complained?

21     A.    Correct.  This is following my original

22  complaint.  My original complaint was filed in

1  January.   Date of contact, 1/19/05.

2       Q.    I see.   That is probably filled out by

3  somebody else.   Is that your signature at the bottom

4  of the page?

5       A.    Correct.

6       Q.    Where it says July 5, 2005?

7       A.    Yes.

8       Q.    That is the date on which you signed this

9  complaint?

10      A.    This one, yes.

11      Q.    And the block number 7, which says date of

12  contact, reflects the date that you first went to the

13  EEO office to complain about these things?

14      A.    Correct.

15      Q.    And turning to the second page, the

16  attachment to the complaint, these are the things

17  that you were complaining about, right?

18      A.    Correct.

19      Q.    We have already spent time talking about

20  item number 3, that you were subject to a hostile

21  work environment when you were subjected to berating

22  by fellow workers.

1      A.    Yes.

2      Q.    Now I want to ask you about the other

3  things, and let me start by asking you to tell me,

4  when did you find out you didn't get the GS-12

5  coordinator position?

6      A.    It was January 2005.

7      Q.    January 2005 is also when the GS-11

8  broadcaster application was turned down?

9      A.    Correct.

10      Q.    Number 4 is when your contracts were

11  terminated.  That didn't actually happen until April,

12  correct, of 2005?

13      A.    Correct.

14      Q.    Let's talk about the program research

15  coordinator position, GS-12.  Okay?

16      A.    Okay.

17      Q.    You applied for that job?

18      A.    Correct.

19                     (Khaksari Exhibit No. 3

20                     was marked for identification.)

21           BY MS. LYONS:

22      Q.    Ms. Khaksari, Exhibit No. 3 is the vacancy

```
 1   announcement for this position?

 2       A.   Correct.

 3       Q.   And it reflects opening and closing dates

 4   both in October of 2004?

 5       A.   Correct.

 6       Q.   And this is the position that you applied

 7   for?

 8       A.   That is true.

 9                    (Khaksari Exhibit No. 4

10                     was marked for identification.)

11       BY MS. LYONS:

12       Q.   Now you have been handed what has been

13   marked as Exhibit No. 4.

14       A.   Correct.

15       Q.   This is the application you submitted for

16   the program research coordinator position?

17       A.   As it says.  I don't remember, but it must

18   be.

19       Q.   I will draw your attention to the

20   handwriting on the right-hand side of the document,

21   announcement MP-04-107.

22       A.   Okay.
```

1    A.    No, that was it.

2    Q.    Was there any interview connected with this?

3    A.    Before or after?  Because before you submit

4  these, you meet with the person that is involved in

5  recruiting for the position, Carol Cobb in this case.

6    Q.    You met with her first?

7    A.    When they announced -- I met her to see what

8  exactly I need to give to her, and she directed me

9  just to give resume and KSA and nothing else.

10    Q.    And you did that?

11    A.    I did that.

12    Q.    Did you meet with her again?

13    A.    No.

14    Q.    The person who was ultimately selected was a

15  person was a person named Avi Davide, correct?

16    A.    Correct.

17    Q.    Why do you think there was discrimination in

18  connection with that selection?

19    A.    Well, I believe that basically

20  discrimination happened in different areas like age,

21  gender, religion, as well as being a citizen.

22  Discrimination in this case happened in all the

1   the first time, knew even if he was able to talk in

2   Farsi.

3       Q.   I notice that none of the KSAs require -- it

4   is supposed to be bilingual knowledge of Persian.

5           In any case, I am trying to get clear, you

6   believe Ms. Gandji made the decision to hire him?

7       A.   I was told by her, and I believe that was

8   probably true.

9       Q.   She made the decision?

10      A.   Yes, she said she did.

11      Q.   Was -- after Mr. Davide came to work there,

12  you said you worked with him some?

13      A.   I did his work.  I didn't work with him.  Do

14  you want me to explain in a little more detail?

15          MR. SHEA:  Let her --

16          MS. LYONS:  No.

17          BY MS. LYONS:

18      Q.   So if I understand what you are saying,

19  Mr. Davide was brought in because Seth Cropsey wanted

20  him to work there?

21      A.   Correct.

22      Q.   Had you ever met Seth Cropsey up to that

1    A.   If you look at the documents, Mr. Davide

2    started as contractual, on a contract for 13 months,

3    and -- for the same position, coordinator --

4    Q.   He had been doing the job before this

5    application?

6    A.   Before this application.

7    Q.   So he had already been -- in October 2004

8    when this vacancy announcement was posted, he had

9    already been working at the agency?

10   A.   He was already in the position.

11   Q.   For how long --

12   A.   Thirteen months -- 13 months was the end of

13   his contract, so he was working practically --

14   probably December to October -- about 10 months or

15   something.

16   Q.   So in the year that he was doing this job,

17   you were helping him?

18   A.   During that month that he was holding this

19   position, because of not being able to translate and

20   to provide the program, yes, I was doing the job for

21   him.

22   Q.   Did Mr. Nazemi know that?

1    A.    Which GS?  I guess it was 11 and 12.   Which

2  one are you talking about?

3    Q.    There was a GS-11 and a GS-12?

4    A.    Yes.

5    Q.    Does M/P-05-59 help you?

6    A.    I think it was A GS-12.

7    Q.    That is a GS-12 position?

8    A.    I believe so.

9    Q.    Let's talk about that one, whatever its GS

10  level was.  That was the one that was canceled,

11  right?

12    A.    Correct.

13    Q.    When were you notified that it was canceled?

14    A.    I was not notified.

15    Q.    How did you become aware that it was

16  canceled?

17    A.    I contacted after a while Carol Cobb, and I

18  said, Carol, what happened to that position?  And she

19  said it was filled.  I said, when?  And she said -- I

20  don't know what she said, but the date, and I said,

21  how come I don't know?  And she said because the

22  first one was canceled, and then it was advertised,

1  D-E-H-G-H-A-N, non-citizen.

2          Then a female.  Daihim is last name.  I

3  don't know first name.  D-A-I-H-I-M.  Non-citizen.

4      Q.   Do you know what religion Ms. Daihim

5  practices?

6      A.   Moslem.  They are all Moslems.

7      Q.   Are they all from Iran?

8      A.   Yes.

9      Q.   How old was Ms. Daihim at the time of the

10  selection?

11      A.   I guess we are about the same age, or maybe

12  she is a little bit older.

13      Q.   If I understand what you are saying, you

14  applied for the position, and that vacancy

15  announcement was canceled.  It was readvertised and

16  then these three people were hired?

17      A.   Correct.

18      Q.   But you didn't apply the second time the

19  posting was made?

20      A.   I was not aware of it.

21      Q.   So you didn't apply?

22      A.   Right.

1    A.    Yes, I did.

2    Q.    When was that, that you contacted her?

3    A.    Apparently it was after the dates of hire

4  because when I called, I said what happened to that

5  position?  And she said, it was filled, and I said, I

6  was not aware --

7    Q.    Right, but when did you call her?

8    A.    I cannot recall the exact date.

9    Q.    Was it before or after your last day with

10  VOA?

11    A.    After.  These announcements were made after

12  I was out of VOA.

13    Q.    The application you did make was after you

14  were gone from VOA?

15    A.    Correct.

16    Q.    Sorry.  That is why I didn't get it.  I

17  don't have it.

18         Do you know who made the selection of these

19  three people?

20    A.    Sheila.

21    Q.    How do you know that?

22    A.    Nazemi told me.

1    A.    Milsa, M-I-L-S-A, and I don't know her last
2  name, at personnel.
3    Q.    This is somebody whose job it was to
4  coordinate the applications?
5    A.    Test and applications.
6    Q.    When did you take the test?
7    A.    In 2004.  When it was exactly, I don't
8  remember, but it was in 2004.
9    Q.    Do you know when you applied for the job?
10   A.    In 2004.
11   Q.    Can you narrow that down at all?
12   A.    Let's say it was mid-2004.
13   Q.    You took the test before you submitted your
14  application or after?
15   A.    No.  I took the test -- when you take the
16  test, you give resume at the same time to them.  You
17  can consider it application.  But I failed on
18  it -- not that I failed.  Two of the evaluators,
19  Raskeh and Majd -- R-A-S-K-E-H, and M-A-J-D, who were
20  editors, evaluators, decided to fail me in order to
21  bring two non-citizens in.  They failed me and I
22  appealed, and appeal did not -- they didn't act on my

1   appeal until after two non-citizens were hired, and I

2   was surprised, what happened, and then I went to

3   personnel.  I met with Milsa, Carol Cobb, John Welch

4   and [Pral], and I informed them of what happened, and

5   they decided to send the test out and then they send

6   it to three independent evaluators, and I received

7   excellent grade on it, and that was too late, of

8   course.

9        Q.    For that hiring cycle?

10       A.    Right.

11       Q.    We will go through this more slowly, but I

12   appreciate you giving me the big picture.

13            How do you know who evaluated your voice

14   test?

15       A.    Nazemi the one point -- when I went to him

16   and I said, Mr. Nazemi, what happened?  Of course, I

17   saw Aramideh there, who was one of the applicants,

18   being in the same room as Rasekh, looking at the test

19   material.

20       Q.    How do you know they were looking at the

21   test material?

22       A.    When they look and they evaluate the

1      A.    Majd, Rasekh and Biparva.

2      Q.    And you said two of the three, Rasekh and

3  Majd, failed you so they could bring in two

4  non-citizens?

5      A.    Two non-citizens, their friends.

6      Q.    How do you know that is what motivated them?

7      A.    Their friendship, their close relationship,

8  and also Mr. Nazemi told me himself that they,

9  meaning those two, they wanted Aramideh and Avi

10  Davide coming in.  They don't want you around.  That

11  is exactly what he said.

12      Q.    When did he say that to you?

13      A.    After I was informed that these two were

14  hired.

15      Q.    Do you know when it was?

16      A.    It was January 2005.

17      Q.    You applied and took the test in '04, and

18  you found out in January 2005 that Ms. Aramideh and

19  Ms. Mersaidi had gotten the jobs?

20      A.    Correct.

21      Q.    We have two things going on.  The first is

22  that you had been failed on the language test at the

1    time the decision was made?

2        A.    Right.

3        Q.    But ultimately that got overturned on

4    appeal.

5        A.    Correct.

6        Q.    And the second thing we have going on is Mr.

7    Nazemi told you the same two people that evaluated

8    your language test wanted to bring in their

9    non-citizen friends into the job?

10       A.    Yes, and one of them, Mersaidi, was

11   classmate, close friend of Sheila Gandji.

12       Q.    How do you know that?

13       A.    Everybody knows that.  She was brought from

14   Iran by Sheila Gandji because of that.

15       Q.    Let's talk a little bit about these two

16   folks.  Let's talk about Ms. Aramideh.  That is the

17   same person we have been discussing already?

18       A.    Yes.

19       Q.    And she is obviously a woman.

20       A.    Right.

21       Q.    Moslem?

22       A.    Yes.

1    Q.    How is she related to you in age?

2    A.    She is younger than me.

3    Q.    By how much?

4    A.    I believe ten years or so.

5    Q.    Do you know whether Ms. Aramideh has filed

6  any kind of EEO complaint?

7    A.    No.

8    Q.    No you don't know, or no, she has?

9    A.    I don't know.

10   Q.    And Ms. Aramideh is also from Iran?

11   A.    Correct.   Non-citizen.

12   Q.    And when we say that, we mean not a U.S.

13 citizen?

14   A.    Not a U.S. citizen.

15   Q.    Ms. Mersaidi?

16   A.    Mersaidi.

17   Q.    She is a woman?

18   A.    Yes.

19   Q.    Moslem?

20   A.    Yes, as far as I know.

21   Q.    How is she related to you by age?

22   A.    Younger, same age as Ms. Aramideh.

1   Non-citizen.

2        Q.   And she is from Iran?

3        A.   She is from Iran.

4        Q.   Did both of these -- no, because Aramideh

5   was already working there, so she wasn't from Iran

6   recently.

7        A.   Not at that point.  She was there before.

8        Q.   Did Ms. Mersaidi came directly from Iran to

9   work?

10       A.   Directly from Iran.

11       Q.   And she came to the United States and began

12   working at VOA?

13       A.   Yes.

14       Q.   And that was the woman who was a classmate

15   of Ms. Gandji?

16       A.   Yes.

17       Q.   Do you know who made the selections?

18       A.   Sheila Gandji.

19       Q.   How do you know that?

20       A.   Again, Nazemi told me.

21       Q.   What did Mr. Nazemi tell you about the

22   selections for these two positions?

1    A.    For that position, for those two people?

2    Q.    Right.

3    A.    He said two things.  One, about Aramideh, he

4  said, you know, they, meaning Rasekh and Majd, wanted

5  her to be here, not you.  And then about the second

6  one, Ms. Mersaidi, he said, you know that she is very

7  close to Gandji, classmate, friend, and she asked

8  Majd to give her passing score on the test.

9    Q.    Nazemi told you that Sheila Gandji asked

10  Majd to give her a passing score that she didn't

11  otherwise deserve?

12    A.    Correct.

13    Q.    Did he tell you anything else about the

14  selection of Aramideh and Mersaidi?

15    A.    He said that, I had nothing, no role in

16  their selection.  It was Sheila Gandji who wanted,

17  and when I said, well, I am going to file a

18  complaint, he said, you know, if you do, she is going

19  to get rid of you, meaning Sheila.

20    Q.    Did he say why he thought that would happen?

21    A.    Basically he was aware that Sheila doesn't

22  like anybody to disagree whatever was her decision or

1   to take her name to EEO office or anyplace else to
2   file a complaint to management.
3       Q.   But as you understand it, Ms. Gandji
4   couldn't pick you at the time she selected
5   Ms. Aramideh and Ms. Mersaidi because you weren't on
6   the qualified list because you had a failing language
7   test at the time?
8       A.   Because my case apparently was on appeal,
9   and they planned it the way that my name is not
10  there, and Sheila was part of the plan.
11      Q.   When you say they --
12      A.   The two people and Sheila Gandji.
13      Q.   What role do you think Ms. Gandji played in
14  failing --
15      A.   As I stated before -- I am sorry to
16  interrupt you.  As I said before, Sheila Gandji
17  directed Majd to help Mersaidi, and then Rasekh was
18  there for Aramideh, and she very well aware of
19  everything.
20      Q.   Aware of what?
21      A.   Of the fact that they are failing me in
22  order to keep the position for those two.  We were