# EXHIBIT 10

IBB/DELEGATED COMPETITIVE EXAMINING UNIT
CERTIFICATE OF ELIGIBLES

Certificate No. **IBB-1-05-23/EXCEPTED**
Page No. 1 of 1
Issue Date: 12-10-04
Due Date: 03-10-05

Audit By: _Ahlee White_
Audit Date: _12/22/04_

## INTERNATIONAL BROADCASTER (PERSIAN)
## GG-1001-11
## WASHINGTON, DC

The following non-citizens are referred for consideration for appointment in the Excepted Service under the provisions of MOA V-A 820.

### NON-CITIZENS

| | | |
|---|---|---|
| NV | 82.0 | ARAMIDEH, HAMIDEH |
| NV | 76.75 | MIRSAEEDI, GUITA |

NV = NO PREFERENCE

Selecting Official's Signature & Possible EOD
APPOINTING AUTHORITY: IBB-1-05-23

**THIS CERTIFICATE IS VALID ONLY FOR THE POSITION, TITLE, SERIES GRADE(S) AND LOCATION INDICATED ABOVE.**

000447