# EXHIBIT 12

ROCKVILLE MD

☒002/003

Date: 1-19-2005

Delia Johnson, Director of EEO and Civil Rights Office
Voice of America

Dear Mrs. Johnson:

I would like to inform you of the three issues that have concerned me in my workplace during the past two years as a Purchase Order Vendor (POV).

A few months ago, I applied for a position as Coordinator GS12 at the Voice of America, Persian Services. I was informed by the office of personnel that, based on my qualifications, I was placed at the top of the list of candidates. Then, I was waiting to be granted an interview. However, I was informed by the director of Persian Services (Akbar Nazemi) that I would not be considered for the position. He also discouraged me from pursuing the case and stated that it would be damaging. Thereafter, I approached the Office of Personnel to inquire further into the matter and check to see if it was due to my possible lack of credentials. The response I received was that I was considered an outsider. I am a citizen of the United States.

The person who had been selected for the position is a young man by the name of Avi Davidi. Mr. Davidi, as I have been informed, is neither a US citizen nor a permanent resident of the US. (he holds a J1 visa) and he has had no prior experience in journalism and has not had any education related to journalism or broadcasting.

The next issue that concerns me is that I received a failing grade for the GS11 test, which was administered in order to obtain a permanent position. To my dismay, it was declared that I had failed on the voice part of the test, which I have always been told by my coworkers and my director is my strength. During my investigation into why this had occurred, I found that the panel of judges that was assigned by the director of Persian Services to review the tests decided to fail me to benefit the two other people who also applied for the same position. The panel of judges is supposed to evaluate the tests independently, anonymously and with confidentiality; furthermore, those taking the tests were to remain anonymous to ensure no bias on the side of the panel. However, a coworker informed me that the three judges violated the agency's policies and had recognized my voice and informed one another during the assessment. Consequently, the other two non-citizen candidates, who the judges knew personally and who were seeking employment with the agency, passed the test.

The third and final issue I wish to share with you is the fact that for the past two years that I have worked with the Persian Services, I have noticed that many other POVs are being hired by the Service with no advanced knowledge in Farsi (the language spoken in Iran) or English. These include young adults still in college, with less education and fewer years of work experience. They are being paid more and are given more assignments than those who are more qualified. On numerous occasions I have

RCVD 06/16/05 AM10:27

approached the Director, Mr. Nazemi, about the unjust pay but he has continuously made excuses and empty promises.

I have no recourse but to come to you, my Representative, for help. I fear that I will be fired if I raise these issues again with the management at the Voice of America.

I hope that with your help, these issues will be taken care of and that you will put an end to these questionable practices. Although I look forward to your positive response, I would like to keep it confidential as I fear retaliation.

If there are any questions or you would like more information please contact me at

Sincerely yours,

Batool Khalsari

North Bethesda, MD 20852