UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATOOL KHAKSARI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Chairman, Broadcasting Board of )<br>Governors,[1] )<br>)<br>Defendant. )<br>_____ ) | Civil Case No. 06cv1990 (RJL) |

### ORDER AND FINAL JUDGMENT
(February _11_, 2010)

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [#35] is GRANTED, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and that the case is dismissed with prejudice. This is a final appealable Order.

RICHARD J. LEON
United States District Judge

---

[1] Plaintiff's suit originally named as defendant Kenneth Y. Tomlinson, in his official capacity, as Chairman of the Broadcasting Board of Governors. Pursuant to Federal Rule of Civil Procedure 25(d), if a public officer named as a party to an action in his official capacity ceases to hold office, the court will automatically substitute that officer's successor. Tomlinson was succeeded by James K. Glassman, who has since left the office with no named successor.